IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEPHEN R. ALLEN, as Administrator
of the Estate of J.R.A., a Minor, Deceased                                              PLAINTIFF

VS.                              CASE NO. 4:23-CV-661-JM

THE NATURE CONSERVANCY;
CLAYTON WORD; FEDERAL INSURANCE
COMPANY; *et al*                                                                         DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered on this date, the plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 24th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE